■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY LOWERY, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant was tried, along with three codefendants, on charges arising out of an escape from the Livingston County Jail. He argues on appeal that the People failed to prove a serious injury within the meaning of Penal Law § 10.00 (10). On the appeal of two codefendants, we previously determined that this issue was without merit *(People v Sullivan,* 148 AD2d 995; *People v Kanaval,* 148 AD2d 996). We have examined defendant's remaining arguments, raised in his *pro se* brief, and find them lacking in merit. (Appeal from judgment of Livingston County Court, Cicoria, J. —assault, first degree, and other charges.) Present—Dillon, P. J., Green, Pine, Balio and Davis, JJ.